IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-02326-NYW

CYNTHIA R. SMITH,

    Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order signed by the Honorable Nina Y. Wang, on September 24, 2015 , incorporated herein by reference, it is

    ORDERED that the SSA Commissioner's final order is AFFIRMED.  It is

    FURTHER ORDERED that final judgment is hereby entered in favor of Defendant, Carolyn W. Colvin and against Plaintiff, Cynthia R. Smith.  It is

    FURTHER ORDERED that this civil action is DISMISSED, witrh each party to bear her own fees and costs.

    DATED at Denver, Colorado this 24th  day of September, 2015.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

s/ N. Marble
N. Marble,
Deputy Clerk